UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:24-cr-63 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| STACY DARRELL GOODLOW | ) | Magistrate Judge Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 24] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One and Three of the four count Indictment; (2) accept Defendant's guilty plea to Counts One and Three of the four count Indictment; (3) adjudicate Defendant guilty of Count One: wire fraud in violation of 18 U.S.C. § 1343; (4) adjudicate Defendant guilty of Count Three: aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1); and (4) order that Defendant remain in custody pending sentencing or further order of the Court. Neither party filed a timely objection to the report and recommendation.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 24] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts One and Three of the four count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts One and Three of the four count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One: wire fraud in violation of 18 U.S.C. § 1343;

4. Defendant is hereby **ADJUDGED** guilty of Count Three: aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1); and

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter, which is scheduled to take place on **May 29, 2025, at 10:00 a.m. ET**.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**